IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2006 JUL -5 A 9: 16

```
                                      )
James Adams 108235                    )
_____             )
Full name and prison number           )
of plaintiff(s)                        )
                                      )
                                      )
v.                                    )     CIVIL ACTION NO. 2:06cv591-MHT-DRB
                                      )     (To be supplied by Clerk of
Gwendlyn Mosley                       )     U.S. District Court)
_____             )
Munchir  Keeton                       )
_____             )
Randall Dennis                        )
_____             )
Steve  Stewart                        )
_____             )
                                      )
_____             )
Name of person(s) who violated        )
your constitutional rights.            )
(List the names of all the            )
persons.)                              )
```

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (  )  NO ( X )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( X )  NO (  )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s)  James Adams
               _____

               _____

               Defendant(s)  Gwendly Mosley, latrice
               Green, Kathy Holt
               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) Montgomery County
               Circuit Court, Montgomery Al

3.  Docket number  Cv-2005-2193

4.  Name of judge to whom case was assigned _____
    Johnny Hardwick

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____
    Pending

6.  Approximate date of filing lawsuit  8-25-05

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT  Easterling

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Easterling

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Munchie Keeton | 200 Wallace dr, Clio, Al 36017 |
| 2. | Steve Stewart | 200 Wallace dr, Clio, AL 36017 |
| 3. | Rendall Dennis | 200 Wallace dr Clio, AL 36017 |
| 4. | Gwendlyn Mosley | 200 Wallace dr, Clio, AL 36017 |
| 5. | | |
| 6. | | |

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED  June 30, 2006

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
    THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Retaliation for exersing 1st
Amendment Right to Acess to Court

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.   (State as
best you can the time, place and manner and person involved.)

ON June 30, 2006, Munchie Keeton, Steve
Stewart and Randall Dennis did a Search
of me and my property. During this Search
Munchie Keeton Keep Asking where the paperwork
For my suit Against Gwendlyn Mosley was
~~and~~ and totally Ramschackled my property
Steve Stewart destroyed my lotion pouring
~~it on the floor~~ it on the floor Stating we
Can Do anything to you and you CANT
Stop Us. After Destroying my property the
3 officers Stated they were instructed
to Harrass me untill I dropped my
Pending lawsuit Against Gwendlyn Mosley.

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Injunctive Relief - Moved from Easterling
Monetary Damage - $200,000⁰⁰ Against
Each Defendant

_James ADAMS_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _July 2, 2006_      .
(Date)

_James ADAMS_
Signature of plaintiff(s)

4