IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
*IN FORMA PAUPERIS*

I, __James Adams__, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?     YES ( ) NO (✓)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

    A. Business, profession, or form of self-employment?     YES ( ) NO (✓)

    B. Rent payments, interest, or dividends?     YES ( ) NO (✓)

    C. Pensions, annuities, or life insurance payments?     YES ( ) NO (✓)

    D. Gifts or inheritances?     YES ( ) NO (✓)

    E. Any other sources?     YES ( ) NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____
_____
_____
_____

3. Do you own cash, or do you have money in a checking/savings account?
   YES ( )   NO (✗)

   If the answer is YES, state the total value of the items owned. _____
   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✗)

   If the answer is YES, describe the property and state its approximate value. _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons; and indicate how much you contribute toward their support. _____
   _____
   _____
   _____

   _____ James Adams _____
   Plaintiff

STATE OF ALABAMA
COUNTY OF _____

   Subscribed and sworn to before me on this _____ day of _____,
199__, at _____, Alabama.

   _____
   NOTARY PUBLIC in and for said County,
   in said State

(SEAL)

My commission expires _____.

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 20th 2006   .

   _____ James Adams _____
   Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 20th 2006  .
             (date)

_____James Adams_____
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.01 on account to his credit at the  Easterling  institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

[handwritten across: "attached"]

_____Yolanda Doran_____
Authorized Officer of Institution

DATE  6/20/06

```
JUN. 20, 2006              USER: YOLANDA GOVAN                      INMADB
                       COMPUTE AVERAGE DAILY BALANCE




              ENTER THE INMATE'S AIS NUMBER ===>    108239

              ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20060620


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                         PRESS ENTER TO CONTINUE
```

M/D-5

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2006 JUL -5 A 9: 16

[Clerk stamp] U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

James Adams
_____ )
_____ )
_____ )
_____ )
         Plaintiff(s)  )
                       )         2:06cv591-MHT
         v.            )
                       )
Gwendlyn Mosley        )
Munchie Keeton         )
Steve Stewart          )
_____  )
         Defendant(s)  )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) ___James Adams___

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

                                   X James ADAMS
                                   _____
                                   Plaintiff(s) signature