| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Maron Buk*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  7-10-06 |
| 1. Article Addressed to:<br><br>Gwendolyn Mosley<br>Easterling Correctional Facility<br>200 Wallace Drive<br>Clio, AL  36017<br><br>2:06cv591-MHT | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>Cnp≤O<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 0597 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540