IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 18 A 9: 45

JAMES ADAMS,
    Plaintiff,

VS:               Action no.2:06-CV-591-MHT

Gendloyn Mosley, et.al.,
    Defendants,

MOTION TO AMEND CCOMPLAINT

Comes now Plaintiff, James Adams, Plaintiff, and moves this Court for leave to amend the Complaint and woulld show the Following

1) Retaliation Claim

Defendant Steve Stewart did on July 13,2006 threaten Plaintiff because he had filed the Instant law suit; Defendant Stated that " " he would get " Plaintiff".

2) Retaliation Claim

Defendant Gwendolyn Mosley had Mrs.Sharon Blakely open Plaintiffs incoming legal mail : On Friday July 14, 2006 Plaintiff recieved the Open Leagl Mail.

Plaintiff moves to add these Two Claims against the Defendants.

Done on this 15 day of JUly 2006

James Adams
200 Wallace dr.
Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I served the Alabama DEpartment of Corrections at P.o.box 301501 Montgomery Al 26130.