IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #108239, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-591-MHT |
| | ) |
| GWENDOLYN MOSLEY, et al., | ) |
| | ) |
|     Defendants | ) |

**O R D E R**

On July 18, 2006, the plaintiff filed a motion to amend in which he seeks to assert additional claims of retaliation against defendants Stewart and Mosley. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. Defendants Stewart and Mosley undertake a review of the subject matter of the complaint, as amended, (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints should be considered together.

3. Defendants Stewart and Mosley shall file a written report containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This report shall be filed with the court and a copy served upon the plaintiff

within forty (40) days of the date of this order.  Authorization is hereby granted to interview all witnesses, including the plaintiff.  <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where the plaintiff's claims or the defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines.</u>

    4. An answer shall be filed by defendants Stewart and Mosley within forty (40) days from the date of this order.

    5. The original defendants be GRANTED an extension to and including forty (40) days from the date of this order to file a written report and answer in compliance with the order entered on July 7, 2006.

    6. <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court.  If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

**The plaintiff is CAUTIONED that this court will not continue to grant him leave to amend without a showing of exceptional circumstances.  Moreover, the plaintiff is advised that any claims for relief which arise subsequent to entry of this order and relate**

**to actions taken against the plaintiff since inception of this cause of action should be presented to the court in a separate 42 U.S.C. § 1983 action.**

The CLERK is hereby DIRECTED to furnish a copy of this order to the plaintiff and a copy of this order, the complaint and amendment to the complaint to officer Steve Stewart and warden Gwendolyn Mosley. A copy of this order and the amendment to the complaint shall likewise be furnished to all other defendants, the General Counsel for the Alabama Department of Corrections, and the Attorney General for the State of Alabama.

Done this 18th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE