IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 24 A 9:27

James Adams,
    Plaintiff,

VS:                    Action No. 2:06-CV-591-MHT

Gwendolyn Mosley, et.al.,
    Defendants,

MOTION TO APPOINT COUNSEL

    Comes now Plaintiff, James Adams, who is proceeding by Next Friend, and moves this Court to Appoint Counsel in this Cause.

    Plaintiff asserts that he can not read or write and has only a 4th Grade Education.

    Plaintiff without assistance from some one will be unable to proceed with this action.

Done on this   day of Aug 21   2006

                              James Adams
                              200 Wallace dr.
                              Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Motion to Appoint Counsel on the persons who's addresses are below by placing same in the U.S. mail.

Alabama Department of Corrections
P.O. Box 301501
Montgomery, Al 36130

Done on this   day of  Aug 21  2006   *James Adams*
                                      James Adams
                                      200 Wallace dr.
                                      Clio, Al 36017