IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES ADAMS, #108239** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:06-CV-591-MHT-DRB |
| **GWENDOLYN MOSLEY, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendants, by and through the undersigned counsel, and hereby requests an additional 30 (thirty) days in which to respond to Plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for the Defendants are due August 28, 2006.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

    Respectfully submitted,

    TROY KING
    Attorney General

    /s/ Benjamin H. Albritton
    Benjamin H. Albritton
    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 28th day of August, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Adams, AIS 108239
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General