IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ADAMS, #108 239                 *

   Plaintiff,                              *

   v.                                      *        2:06-CV-591-MHT

GWENDOLYN MOSLEY, *et al.*,           *

   Defendants.                             *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 12) is GRANTED; and

2. Defendants are GRANTED an extension from August 28, 2006 to September 27, 2006 to file their answer and written report.

Done, this 29th day of August 2006.

                          /s/ Delores R. Boyd
                        DELORES R. BOYD
                        UNITED STATES MAGISTRATE JUDGE