IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS,     #108239 ) | |
|    Plaintiff ) | |
| ) | |
| VS. ) | CIVIL ACTION #2:06-CV-591-MHT |
| ) | [WO] |
| GWENDOLYN C. MOSLEY, et.al., ) | |
| ) | |
|    Defendants. ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Gwendolyn Mosley, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Gwendolyn Mosley and I am presently employed as a Correctional Warden III, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

All incoming mail not marked as legal mail is opened and inspected prior to allowing the inmates possession. I have not instructed Ms. Sharon Blakely or any Department of Corrections Employee to open any inmate's legal mail without that inmate being present.

I have not retaliated against James Adams for exercising his access to the courts.

_____
GWENDOLYN MOSLEY

SWORN TO AND SUBSCRIBED TO before me this the 28th day of July, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 7-15-07

EXHIBIT 1