IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ADAMS,    #108239 | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION #2:06-CV-591-MHT |
| | ) | [WO] |
| GWENDOLYN C. MOSLEY, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Munchie Keeton, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Munchie Keeton and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

On June 30, 2006, I (Officer Munchie Keeton) was assigned as Kitchen Officer. At approximately 9:30 PM, Officer Rondell Dennis and I conducted a random shakedown on inmate James Adams, B/108239, assigned to Dorm 9A-10.

Four allegations made by inmate Adams are not true. (1) Officer Steve Stewart did not assist in the search of inmate Adams. Officer Stewart did appear briefly at the scene, but did not converse with inmate Adams. (2) At the time of the incident, I had no prior knowledge of any legal action inmate Adams may have had pending against anyone. (3) To my knowledge, no property of inmate Adams was damaged by anyone during the search. (4) I have received no instructions to harass any inmate, nor have I done so.

EXHIBIT 2

Affidavit - Munchie Keeton
Civil Action #2:06-CV-591-MHT
Page 2

_____
Munchie Keeton

SWORN TO AND SUBSCRIBED TO before me this the 26 day of July, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 6-7-2010