IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ADAMS,    #108239        )
    Plaintiff              )
                               )
    VS.                    )   CIVIL ACTION #2:06-CV-591-MHT
                               )           [WO]
GWENDOLYN C. MOSLEY, et.al.,   )
                               )
    Defendants.            )

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Rondell Dennis, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Rondell Dennis and I am presently employed as a Correctional Officer I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

On June 30, 2006, I assisted COI Munchie Keeton in a random shakedown on inmate James Adams' (108239) personal property, assigned to Dorm 9A Bed 10. COI Steve Stewart stood back and observed Officer Keeton and me shake down the inside of inmate Adams' locker box. Inmate Adams asked, "What are ya'll shaking me down for?" Officer Keeton then ordered inmate Adams to stand back while we continued our search. This is my statement and everything in my statement is true.

                                                          Rondell Dennis

SWORN TO AND SUBSCRIBED TO before me this the 26 day of July, 2006.

                                                          NOTARY PUBLIC

My Commission Expires: Aug 26 2009

**EXHIBIT 3**