IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #108239 )<br>  Plaintiff )<br> )<br>VS. )<br> )<br>GWENDOLYN C. MOSLEY, et.al., )<br> )<br>  Defendants. ) | CIVIL ACTION #2:06-CV-591-MHT<br>[WO] |

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared <u>Steve Stewart</u>, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is <u>Steve Stewart</u> and I am presently employed as a <u>Correctional Officer I,</u> employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

On June 30, 2006, I was assigned to Dorm 9 A & B Side. At approximately 9:15 PM, I momentarily observed Officer Munchie Keeton and Officer Rondell Dennis shake down inmate James Adams, #108235. I did not help shake down inmate Adams. I did not pour out inmate Adams' lotion and I don't know anything about any lawsuit inmate Adams has against Warden Gwendolyn Mosley. Nothing else follows.

_____
Steve Stewart

SWORN TO AND SUBSCRIBED TO before me this the 26th day of July, 2006.

_____
NOTARY PUBLIC
Linda E. Teel

My Commission Expires: 7-15-07

EXHIBIT 4