IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ADAMS,      #108239      )
    Plaintiff                     )
                              )
    VS.                           )   CIVIL ACTION #2:06-CV-591-MHT
                              )            [WO]
GWENDOLYN C. MOSLEY, et.al.,  )
                              )
    Defendants.                   )

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Sharon Blakely, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

My name is Sharon Blakely and I am presently employed as an Administrative Support Assistant I, employed by the Department of Corrections, Easterling Correctional Facility, 200 Wallace Dr., Clio, AL 36017. I am over twenty-one (21) years of age.

I, Sharon Blakely, Mail Clerk at Easterling Correctional Facility, record all legal mail on a legal mail pad. Legal mail is passed out on Second Shift by an officer. Each inmate must state his name and AIS number and present his State ID to the officer before signing for legal mail. I was never instructed by Warden Gwendolyn Mosley to open inmate James Adams' (#108239) legal mail.

                                                              _Sharon Blakely_
                                                               Sharon Blakely

SWORN TO AND SUBSCRIBED TO before me this the 26th day of July, 2006.

                                                               _Linda E. Teal_
                                                               NOTARY PUBLIC

My Commission Expires: 7-15-07

EXHIBIT 5