IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT 11 A 9: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES ADAMS,

    Plaintiff,

VS:              Action no. 2:06-CV- 591-MHT

Warden Gwendloyn Mosley, et.al.,

    Defendants,


PLAINTIFF'S MOTION IN OPPOSITION TO SUMMARY JUDGMENT

Comes now PLaintiff, James Adams, by next friend, and makes this motion in opposition to summary judgment and shows in support the following:

    1) Plaintiff has attached as Exhibit 1,2 and 3 Affidavits that dispute the factual Allegations of all the defendants.

    Plaintiff asserts that his affidavits clearly shows that the alleged acts were committed by the named defendants as alleged in the complaint.

    Plaintiff asserts that there is a genuine issue of material fact that triable in this cause.

    The plaintiff further asserts that the defendants have failed to answer the Amended Complaint as Ordered by this Court, and in failing to answer the alleged factual allegations must be taken as true.

PAGE 1

2) The Plaintiff asserts that the attached affidavt #3, Affidavit of Plaintiff clearly disputes the factual allegations as submitted by the Defendants.

Plaintiff asserts that when the facts are taken in the light most favorable to the non-moving party the Court must hold that Summary Judgment is Not appropriate in this Cause.

WHEREFORE, Plaintiff contends that the Motion for summary judgment be Denied.

Done on this 8th day of October 2006    James Adams
200 Wallace dr.
Clio, Al 36017

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy on the Following by placing the same in the U.S. Mail free legal Mail at Easterling Correctional Facility.

Alabama Attorney General

Att: Benjamin H. Albritton
11 South UNion Street
Montgomery, Alabama 36130

Done on this 8th day of October 2006    James adams