IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ADAMS,
    Plaintiff,

VS :                              Action no. CV:06-CV-591-

Warden Gwendloyn Mosley, et.al.,
    Defendants,

        AFFIDAVIT OF PLAINTIFF

Comes now James Adams and does swear under penelty of perjury that the following is true and correct.

1) On June 30, 2006 Correction Officers Steve Stewart, Munchie Keaton and Rondell Dennis conducted a "Shake down" of my living area, during this shake down all three 3 Officers asked about the pending lawsuit I had filed. Officer Steve Stewat Poured a Container of lotion on the floor.

*JAMES ADAMS*

Done on this   day of October 2006   James Adams
                                                       200 Wallace dr.
                                                       Clio, Al 36017

    NOTARY

Sworn to and Subscribed before me this 8 day of October 2006.

Annie Ruth McLeod
Notary Public State of AL
My Comm. Expires 2-14-2010

2-14-2010
NOTARY            MY COMMISSION EXPIRES        *Exhibit 1*