IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES ADAMS,
    Plaintiff,

VS:                  Action no. 2:06-CV-591-MHT

Warden Gwendlyn Mosley, et.al.,
    Defendants,

AFFIDAVIT OF PLAINTIFF

Comes now James Adams and does swear under penalty of perjury that the following is true and correct.

On July 13th 2006 defendant Steve Stewart did approach me as I was leaving the law Library and stated to me that " he would get me for filing the law suit against him".

Plaintiff asserts that there were witnesses present when Steve Stewart made the remark.

Done on this 14 day of September 2006    James Adams
                                                        200 Wallace dr.
                                                        Clio, Al 36017

NOTARY

Sworn to and subscribed before me this 18 day of September 2006

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

NOTARY                              MY COMMISSION EXPIRES

Exhibit 2