IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Adams,
    Plaintiff,

VS:                           Action no. 2:06-CV-591-MHT

Gwendolyn Mosley, et.al.,
    Defendants,


AFFIDAVIT

Comes now JOHN F. WARD and does swear and affirm that the follwing is true and correct:

I personally was present at the Yard at Easterling Correctional Facility when one Steve Stewart made the remark to James Adams that " he would get him for filing a lawsuit against him". This Occured on the 13th day of July 2006.


I swear and affirm under penelty of perjury that the above is true and correct.

28 USC 1746

Done on this 15th day of July 2006

John F. Ward
200 WAllace dr.
Clio, Al 36017

Exhibit 3