To: The Clerk

RECEIVED
2006 NOV -2 A 10:10

I am writing this letter to inform you that the Department of
Corrections has moved me to the Decatur Community Based Facility
here in Decatur.
I have a court case a Civil Case in your courts and wanted to
make sure that you were aware of the move.
The Case numberis as followed Adams vs. Mosley-et-al
Civil Action no.2:06cv591-MHT.
Thank you for your help.

Respectfully

*JAMES ADAMS*

James Adams