In The united States District Court
for The Middle District of Alabama

' 2007 AUG -7 ' A 9: 47

James ADams
Plaintiff

DEBRA
U.S.I
MIDDL
Case No. 2:06-Cu-591-MHt

vs.

Warden GwendLoyn Mosley, et. Al.
Defendants

Motion For Disposition of Case And Notification
of Change of Address

Comes Now James ADams, Plaintiff Petition This Honorable
Court In The Above-Styled Cause In Accordance with The federal
Rules of Civil Procedure And for The following Thereof:

1. I James ADams, filed a 1983 Action In The Above-cited Court, Plaintiff
Motion In opposition To Summary Judgement was filed October 8, 2006
This Honorable Court Gave Defendant 4☉ Days To Aswer Plaintiff's
Motion, Plaintiff Now Seek Disposition on Any Hearing or Proceeding
he has not been Informed of, Also Plaintiff has And give This Honorable
Court Notification of his New Address And has Also notified
Defendant's, The New Address is Listed Below And All New foregoing
Mail to be Sent To: James ADams
                    Mobile Work Center


Respectfully submitted
James ADAMS

<u>Certificate of Service</u>

I filed on This ___4___ day of __August__ 2007, A motion
for Disposition of Case And Notification of Change of Address In The
United States District Court And has send A Copy of The foregoing
To The Parties Listed Below: by Placing It In the United States Postal
Service.

Office of Alabama Attorney General
Att: Benjamin H. Albritton
11 South union street
Montgomery, Alabama 36130

<u>JAMES ADAMS</u>
Mobile Work Center
P.O. Box 13040
Mobile, Alabama 36663

James Adams #108239
Mobile Work Release
3423 Beltline North
Prichard, AL
36610

MOBILE AL 366
03 AUG 2007 PM 1 L

361010+0711

Debra P Hackett
"Office of the Clerk"
United States District Court
P.O. Box 711
Montgomery, AL
36101-0711