IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ADAMS, #108 239                   *

     Plaintiff,                              *

       v.                                  *            2:06-CV-591-MHT

GWENDOLYN MOSLEY, *et al.*,              *

     Defendants.                             *

_____


**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Immediate Disposition, it is

ORDERED that the motion (Doc. No. 20) be and is hereby DENIED.

To the extent Plaintiff's motion for immediate disposition may be construed as a

motion for status,  it is

ORDERED that the motion (Doc. No. 20) be and is hereby GRANTED.

Plaintiff is advised that this case is pending on his complaint, Defendants' written

report, and Plaintiff's opposition.  No additional pleadings are necessary to a determination

of the issues presented herein, and Plaintiff will be informed of any action undertaken by the

court on his complaint. Plaintiff is further is  advised that the instant action is pending on the

undersigned's docket along with numerous other actions filed both before and after the

present complaint was filed.  The court notes that this matter is ready for review and a

decision shall be rendered within due course as the court's schedule permits.

Done, this 13th day of August 2007.


        /s/ Terry F. Moorer

        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE