IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #108 239 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-591-MHT |
| | ) [WO] |
| GWENDOLYN MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 11, 2008 (Doc. #22). After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. According, it is ORDERED that:

1. The recommendation of the United States Magistrate Judge (Doc. #22) is adopted.

2. The motion for summary judgment filed by defendants (Doc. # 16) is granted; and

3. The costs of this proceeding are taxed against plaintiff , for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 27th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE