IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ADAMS, #108 239 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-CV-591-MHT |
| ) | [WO] |
| GWENDOLYN MOSLEY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint..

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of May, 2008.

                                                /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE